UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-00039-FDW

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DOROTHY PAYNE formerly d/b/a KEN'S )<br>RESTAURANT and presently d/b/a DOT'S )<br>RESTAURANT, )<br>)<br>Defendants. )<br>) | ORDER |

THIS MATTER is before the Court, *sua sponte*, regarding the status of the case. On July 18, 2012, counsel for Plaintiff advised the Court that the parties had settled all matters in controversy among them. The notation on the docket sheet indicates that the Court informed Plaintiff's counsel that it would dismiss this matter if no stipulation of dismissal or similar document was filed within thirty (30) days. The parties have not filed a stipulation of dismissal, and it is well past the deadline given by the Court to do so.

IT IS THEREFORE ORDERED that this matter is DISMISSED without prejudice. All pending motions are hereby TERMINATED.

IT IS SO ORDERED.          Signed: October 5, 2012

Frank D. Whitney
United States District Judge